FILED IN CLERK'S OFFICE
U.S D.C - Atlanta

JAN 0 2 2018

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| HUDGENS & ASSOCIATES LLC, ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. **1:18-CV-0005** |
| v. ) | |
| ) | |
| NEW SOUTH CAPITAL, INC. and ) | **JURY TRIAL DEMANDED** |
| KENNETH N. BURNS, ) | |
| *Defendants* ) | **ELECTRONICALLY FILED** |

### NOTICE OF REMOVAL

Both of the above defendants file this Notice of Removal pursuant to 28 U.S.C. 1441 – 1443. In support of this Notice of Removal defendants aver as foll0wing:
Gainst these defendants

1. Plaintiff asserted in a Complaint in the above captioned matter on July 5, 2017 in the Circuit Civil Court of Baldwin County, Alabama.

2. The Complaint alleges claims against these defendants for money damages in the amount of $170,652.26. (The Complaint is attached hereto without its supporting documents.)

3. The said Complaint was received and acknowledged by defendants on or about November 28, 2017

4. This matter involves an amount in controversy in excess of $75,000.00 as contemplated by 28 U.S.C. 1332(a).

5. There is complete diversity as contemplated by 28 U,S.C. 1332 in that plaintiff is an Alabama limited liability company whose principal place of business is Baldwin County Alabama. While defendant, Burns, is a resident of Cobb County, Georgia and defendant, New South Capital, Inc., is a Georgia corporation with its principal place of business in Cobb County, Georgia.

6. This removal is timely in that the Complaint was served on defendants on or about November 28, 2017. Additionally, plaintiff has consented to an extension of time within which these defendants might answer, object or otherwise move to January 5, 2018 and such time has not yet expired.

WHEREFORE, notice is given that this action is removed from the Circuit Civil Court of Baldwin County, Alabama to THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

Respectfully submitted,

Richard M. Skelly, Esq.
GA State Bar # 649650
400 Galleria Pkwy. #1500
Atlanta, GA 30339-5953
(770) 612-9900
skellylaw@aol.com

*Counsel for Defendants*

# STATE COURT COMPLAINT ATTACHED HERETO

ELECTRONICALLY FILED
7/5/2017 12:47 PM
05-CV-2017-900241.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | |
|---|---|
| HUDGENS & ASSOCIATES LLC, | § |
| Plaintiff | § § § |
| v. | § § CASE NO. CV-2017-_____ |
| NEW SOUTH CAPITAL, INC. and KENNETH N. BURNS, | § § § |
| Defendants | § § |

## COMPLAINT

1. Kenneth N. Burns ("Burn") is an adult individual residing in Georgia doing business in Baldwin County, Alabama at all material times.

2. New South Capital, Inc. ("New South") is a Georgia corporation doing business at all material times in Baldwin County, Alabama.

3. Hudgens & Associates LLC ("H&A") is an Alabama limited liability company whose principal place of business is in Baldwin County, Alabama that at all material times was engaged in the practice of law in the State of Alabama.

4. Burns and New Capital engaged H&A to defend them in *Oyster Bay Investments, L.L.C. v. Oyster Bay Development, L.L.C.*, Case No. 05-CV-2006-900075 in the Circuit Court of Baldwin County, Alabama (the "Underlying Lawsuit").

5. Initially, H&A was also representing Alan J. Swindall ("Swindall"), another defendant in the Underlying Lawsuit who was paying the fees earned and disbursements made for all of him, New Capital, and Burns with the agreement

that, if Swindall ceased paying the fees earned and disbursements made, Burns and New South would begin paying fees and disbursements made on behalf of Burns and New Capital.

6. By June 2008, Swindall had ceased paying H&A. On June 24, 2008, H&A notified Burns and New South that, thereafter, they would be responsible for paying their own attorneys' fees and disbursements plus interest and attorneys' fees incurred in collecting from them.

7. After June 24, 2008, H&A continued representing Burns and New South through additional discovery, pleadings, hearings, preparation for trial four times, one six day trial, and one five day trial.

8. During the continued representation of Burns and New South, H&A expended 1,280.804 hours which have a value of $248,165.75 at the hourly rates agreed to by Burns and New South and in excess of $7,486.51 in disbursements. A copy of the those charges is attached hereto as Exhibit "A". Of that amount, in excess of $170,652.26 remains outstanding.

WHEREFORE, H&A requests a judgment against Burns and New South in the amount of $170,652.26 plus interests and attorneys' fees.

/s/Julie M. Hudgens-Haney
Julie M. Hudgens-Haney (HUD040)
jhudgens-haney@hudgenslaw.com
Attorney for Plaintiff

2

Hudgens-Haney Law Firm
Post Office Box 1574
Daphne, Alabama 36526
707 Huntington Road
Athens, Georgia 30606
Telephone: 251.625.2880
Facsimile: 855.625.2880