FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 10 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| HUDGENS & ASSOCIATES LLC, | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No.  1:18-CV-0005 |
| v. | ) | |
| | ) | |
| NEW SOUTH CAPITAL, INC. and | ) | **JURY TRIAL DEMANDED** |
| KENNETH N. BURNS, | ) | |
| *Defendants* | ) | **ELECTRONICALLY FILED** |
| | | (Awaiting ECF#) |

### ANSWER

Come now the above defendants and they answer the plaintiff's complaint as follows:

1.

They admit the allegations of paragraphs 1 & 2 of the complaint

2.

They deny the allegations of paragraph 3 of the complaint on the belief that the attorney conducting the referenced litigation was disbarred and ineligible to practice, They otherwise leave plaintiff to its proof.

3,

They deny the allegations of paragraph 4 of the complaint.

4.

They admit the first sentence of paragraph 5; but deny the remainder thereof.

5.

They have no knowledge of the first sentence of paragraph 6 and deny the remainder thereof.

6.

They deny the allegations of paragraphs 7 and 8 and the entitlement to the relief claimed in the final, unnumbered paragraph of the complaint.


WHEREFORE Defendants demand judgment dismissing plaintiff's complaint and rendering judgment for defendants.

This 3rd day of January,2018

Richard M. Skelly, for Defendants
Ga, State Bar # 649650
Awaiting Fed. ID

Richard M. Skelly, Esq.
400 Galleria Pky. Suite 1500
Atlanta, GA 30339-5953
770-612-9900
770-234-6666 fx
skellylaw@aol.com