3. The said Complaint was received and acknowledged by defendants on or about November 28, 2017

4. This matter involves an amount in controversy in excess of $75,000.00 as contemplated by 28 U.S.C. 1332(a).

5. There is complete diversity as contemplated by 28 U,S.C. 1332 in that plaintiff is an Alabama limited liability company whose principal place of business is Baldwin County Alabama. While defendant, Burns, is a resident of Cobb County, Georgia and defendant, New South Capital, Inc., is a Georgia corporation with its principal place of business in Cobb County, Georgia.

6. This removal is timely in that the Complaint was served on defendants on or about November 28, 2017. Additionally, plaintiff has consented to an extension of time within which these defendants might answer, object or otherwise move to January 5, 2018 and such time has not yet expired.

WHEREFORE, notice is given that this action is removed from the Circuit Civil Court of Baldwin County, Alabama to THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

Respectfully submitted,

_____
Richard M. Skelly, Esq.
GA State Bar # 649650
400 Galleria Pkwy. #1500
Atlanta, GA 30339-5953
(770) 612-9900
skellylaw@aol.com

*Counsel for Defendants*